NAME JOSEPH A. ELLSWORTH

PRISON NUMBER 08557 062

CURRENT ADDRESS OR PLACE OF CONFINEMENT FCI VICTORVILLE II

POB 5700, ADELANTO, CA 92301

CITY, STATE, ZIP CODE

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

JOSEPH A. ELLSWORTH,
(FULL NAME OF PETITIONER)

PETITIONER

v.

S.A. HOLENCIK, WARDEN,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])
VICTORVILLE I, FCI

RESPONDENT

and

USA.

U.S. ~~The~~ Attorney ~~General of the State of California, Additional Respondent.~~

Civil No '08 CV 1006 IEG AJB
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

PETITION FOR WRIT OF HABEAS CORPUS

UNDER 28 U.S.C. § 2255 + 2241
BY A PERSON IN [redacted] FEDERAL CUSTODY
AND REQUEST FOR APPOINTMENT OF COUNSEL

1. Name and location of the court that entered the judgment of conviction under attack:
U.S. DISTRICT COURT, NORTHERN DIST OF OKLAHOMA, TULSA

2. Date of judgment of conviction: AUG 28, 2000

3. Trial court case number of the judgment of conviction being challenged:
99-CR 95 HCR

4. Length of sentence:
30 months

CIV 68 (Rev. Jan. 2006)

CR

5. Sentence start date and projected release date:
AUG 2000 WITH CREDIT FOR TIME SERVED PRE SENTENCE DETENTION

6. Offense(s) for which you were convicted or pleaded guilty (all counts):
INTERSTATE TRAVEL W/ INTENT OF SEX W/ MINOR

7. What was your plea? (CHECK ONE)
   - (a) Not guilty ☐
   - (b) Guilty ☑
   - (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   - (a) Jury ☐
   - (b) Judge only ☐

9. Did you testify at the trial?
☐ Yes ☑ No

**DIRECT APPEAL**

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
☐ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
   - (a) Result:
   - (b) Date of result (if known):
   - (c) Case number and citation (if known):
   - (d) Names of Judges participating in case (if known):
   - (e) Grounds raised on direct appeal: FEDERAL CASE + CHARGE

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
   - (a) Result:
   - (b) Date of result (if known):
   - (c) Case number and citation (if known):
   - (d) Grounds raised:

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) GROUND ONE: THE PETITIONER IS FACTUALLY INNOCENT OF THE CRIME ALLEDGED / ATTORNEY FAILED TO INVESTIGATE OR OBTAIN EXCULPATORY EVIDENCE AND WAS COMPLETELY INEFFECTIVE COUNSEL

**Supporting FACTS:**

ON JULY 7, 1999 PETITIONER ELLSWORTH WAS ARRESTED IN TULSA, OK FOR TYPING WORDS ON THE INTERNET FROM GOLDEN, CO.

PETITIONER WAS IN TULSA TO COLLECT EVIDENCE OF A CORRUPT DEPUTY SHERIFF IN ARAPAHOE COUNTY, CO. J. WUNDERLICK.

PETITIONER WAS CHARGED WITH 'INTERSTATE TRAVEL W/ INTENT OF SEX WITH A MINOR' - ATTORNEY PUBLIC DEFENDER COMPLETELY IGNORED E-MAIL IN AMERICA ONLINE STOREAGE.

PETITIONER SECURED A COPY IN JUNE 2008 (EXHIBIT E-MAIL ENCLOSED) PROVING IMAGINARY "DANALYN14" "FEMALE" STATED "SHE" WAS 19.

THE PETITIONER NEVER "BELIEVED" "DAN" TO BE A MINOR. E-MAIL (ENCLOSED) PROVES THIS BUT WAS COMPLETELY IGNORED BY DEFENSE COUNSEL AND NEVER VERIFIED WITH AOL. EXPERT INFO WAS CONFISCATED BY BOP OFFICIALS & WHEN COPIES CAN BE SECURED WILL BE FORWARDED TO THIS COURT.

**Did you raise GROUND ONE in the California Supreme Court?**

☐ Yes ☑ No. THIS IS A FEDERAL CASE / NOT STATE

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition):

(2) Case number or citation:

(3) Result (attach a copy of the court's opinion or order if available):

**(b) GROUND TWO:** PETITIONERS GUILTY PLEA WAS THE RESULT OF TORTURE & COERCION / PROSECUTION FABRICATED EVIDENCE

**Supporting FACTS:**

IN JULY 1999 FBI EXECUTED SEARCH WARRANT IN COLORADO ALLEGED AT PETITIONER ELLSWORTH'S RESIDENCE AND CLAIMED TO FIND EVIDENCE LINKING ELLSWORTH TO CHILD PORN (ALTHOUGH ELLSWORTH WAS NEVER CHARGED WITH ANY CHILD PORN OFFENSE) ELLSWORTH TOLD HIS DEFENSE LAWYER CUNNINGHAM THAT THERE IS NO POSSIBLE WAY ANY OF THIS TYPE OF MATERIAL COULD BE FOUND IN ELLSWORTH'S ROOM, (IF OTHER PEOPLE LIVED IN HOUSE) AND TO CHALLENGE THE SEARCH WARRANT. CUNNINGHAM REFUSED. SEVERAL YEARS AFTER HIS CONVICTION ELLSWORTH FINALLY RECEIVED THE PHOTO'S THE FBI CLAIMED WAS ELLSWORTH'S RESIDENCE IN COLORADO & WHERE THE "EVIDENCE" WAS COLLECTED. THE PHOTO'S SHOW AN UNKNOWN RESIDENCE THAT ELLSWORTH HAS NEVER BEEN AT ANY TIME. WHILE ELLSWORTH WAS IN THE TULSA JAIL HE WAS BEATEN AND HAD A PEN STABBED INTO THE BACK OF HIS HEAD BEHIND LEFT EAR AND TOLD TO PLEA GUILTY TO ALL CHARGES OR NEXT TIME PEN WOULD "GO ALL THE WAY THROUGH"

**Did you raise GROUND TWO in the California Supreme Court?**

☐ Yes ☑ No. THIS IS A FEDERAL CASE / NOT STATE

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition):

(2) Case number or citation:

(3) Result (attach a copy of the court's opinion or order if available):

(c) **GROUND THREE**: DEFENSE COUNSEL WAS LEGALLY COMPLETELY/ INEFFECTIVE COUNSEL.

**Supporting FACTS**:

CINDY CUNNINGHAM THE PETITIONER APPOINTED PUBLIC DEFENDER REFUSED TO INVESTIGATE CASE IN ANY WAY ALTHOUGH WAS TOLD THAT E-MAILS EXISTED AT AOL WHICH WOULD PROVE PETITIONER INNOCENT.

FURTHERMORE SHE HAD PROOF OF GOV'T MANUFACTURE OF EVIDENCE BUT REFUSED TO TURN IT OVER TO COURT OR PETITIONER.

NUMEROUS SUPPORTING DOCUMENTS WERE ~~AD~~ COLLECTED IN THE PAST NINE (9) YEARS BY PETITIONER BUT TAKEN FROM HIS ON MAY 15, 2008 WHEN ELLSWORTH WAS TAKEN FROM VICTORVILLE I SHU TO VICTORVILLE II SHU & LEGAL DOCUMENTS WERE NOT RETURNED. ELLSWORTH HAS KEPT COPIES WITH FRIENDS IN MASSACHUSETTS AND AS SOON AS THIS EVIDENCE HAS BEEN AGAIN COLLECTED IT WILL BE FORWARDED TO THIS COURT.

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes ☑ No. THIS IS A FEDERAL CASE / NOT STATE

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition):

(2) Case number or citation:

(3) Result (attach a copy of the court's opinion or order if available):

GROUND FOUR

## [redacted]/PETITIONER'S OPENING BRIEF

1. **Statement of the Case.** (This should be a brief summary of the proceedings in the district court.) PETITIONER ELLSWORTH DISCHARGED HIS STATE AND FEDERAL SENTENCE IN CASE # 99-CR-95 AND OKLAHOMA STATE TULSA CASE # CR 99-3354 AND UPON RELEASE FROM OKLAHOMA STATE CUSTODY WAS TAKEN PRISONER BY FED. BUREAU OF PRISONS AND TOLD HE HAD 30 MONTHS IMPRISONMENT TO SERVE. SEVERAL MOTIONS TO FEDERAL DIST COURT IN TULSA STRIKEN AND IGNORED.

2. **Statement of Facts Relevant to the Issues Presented for Review.**

BETWEEN 060200 AND 082800 PETITIONER ELLSWORTH REACHED A PLEA AGREEMENT WITH THE GOVT TO 30 MONTHS IMPRISONMENT AND 3 YRS SUPERVISED RELEASE IN CASE # 99-CR-95 TO RUN CONCURRENTLY WITH TULSA DIST CASE # CR 99-CR-3354. THIS AGREEMENT WAS READ INTO THE COURT RECORD TRANSCRIPT BY FEDERAL JUDGE COOK AND SIGNED BY ASST US ATTORNEY NEIL KIRKPATRICK. ON FEB, 1, 2008 PETITIONER DISCHARGED THE OKLAHOMA STATE SENTENCE OF 15 YRS AND WAS IMMEDIATELY TAKEN INTO CUSTODY BY THE FEDERAL BUREAU OF PRISONS VIA THE U.S. MARSHALS. ELLSWORTH PRODUCED DOCUMENTS FROM THE TULSA COURT CLEARLY INDICATING THAT THE ABOVE 2 CASES ~~WERE~~ SENTENCES WERE TO BE SERVED CONCURRENTLY. PETITIONER RECEIVED THE FEDERAL COURT "MINUTES" (MINUTE ORDERS) AND WHILE THE ARE ENTRYS FOR "PLEA AGREEMENT", NO EXPLAINATION OF THE AGREEMENT IS STATED IN DETAIL. LIKEWISE NO MENTION OF CONCURRENT SENTENCES IS IN THE FEDERAL

(OVER)

3. **Statement of Issues.**

a. **First Issue:** PETITIONER ENTERED INTO VALID PLEA AGREEMENT WITH THE GOVT FOR CONCURRENT FEDERAL AND STATE SENTENCES AND THAT AGREEMENT IS NOT BEING HONORED

**Argument and Authorities:**

ATTACHED HERETO ARE COPIES OF PLEA AGREEMENT FROM OKLAHOMA TULSA DIST. COURT WHICH IS IDENTICAL TO THE PLEAAGREEMENT READ INTO THE RECORD BY FEDERAL JUDGE COOK IN FED CASE # 99-CR-95 BETWEEN 060200 AND 082800.

b. **Second Issue:** PLEA AGREEMENT SHOULD BE ENFORCED AND PETITIONER COMPENSATED; OR COURT SHOULD ALLOW PLEA OF GUILTY SHOULD BE ALLOWED TO BE WITHDRAWN

**Argument and Authorities:**

SEE ABOVE

"JUDGMENT AND COMMITTMENT". PETITIONER HAS SENT NO LESS THAT SIX (6) SEPARATE LETTERS OF REQUEST TO THE CLERKS OFFICE OF THE U.S. DISTRICT COURT IN TULSA FOR THE PROPER NAME AND ADDRESS TO ORDER THE COURT TRANSCRIPTS OF THE VERBATIM PROCEEDINGS OF THE COURT IN THIS CASE BUT ALL REQUESTS HAVE BEEN IGNORED.

FURTHERMORE, PETITIONER MADE MOTION FOR INVESTIGATION INTO WHY COURT RECORDS DID NOT REFLECT THE CONCURRENT SENTENCES AND ALL HAVE BEEN STRIKEN, AND THUS IGNORED BY THE COURT.

PETITIONER HAS NOW BEEN IMPROPERLY IMPRISONED SINCE FEB 1, 2008 AND COUNTING.

4. **Do you think the district court applied the wrong law? If so, what law do you want applied?** THE DISTRICT COURT SHOULD REVIEW ALL TRANSCRIPTS FOR CASE # 99-CR-95 BETWEEN 060200-082800 AND CORRECT THE COURT MINUTE ORDERS AND J&C.

5. **Did the district court incorrectly decide the facts? If so, what facts?**
THE COURT SHOULD ENFORCE THE PLEA AGREEMENT AND ORDER THE PETITIONERS RELEASE AND DISCHARGE OF SUPERVISED RELEASE AS COMPENSATION FOR IMPROPER INCARCERATION

6. **Did the district court fail to consider important grounds for relief? If so, what grounds?** THE COURTS OWN TRANSCRIPT SUPPORTS PETITIONERS CASE. IF THE COURT WOULD PRODUCE IT, NUMEROUS REQUESTS TO COURT FOR THE TRANSCRIPT IS IGNORED.

7. **Do you feel that there are any other reasons why the district court's judgment was wrong? If so, what?** COURTS FAILURE TO KEEP PROPER RECORDS (MINUTE ORDERS) BASED ON TRANSCRIPT SHOULD ENTITLE PETITIONER TO COMPENSATION OF ALL FEES AND OTHER EXPENSES AND DISCHARGE ALL SUPERVISED RELEASE TIME

8. **What action do you want this court to take in your case?**
ORDER PLEA AGREEMENT ENFORCED AND THEREFORE PETITIONERS RELEASE, AND FOR EVERY (2) TWO DAYS OF IMPRISONMENT SINCE FEB 1, 2008 COUNT AS ONE MONTH OF S.R.

9. **Do you think the court should hear oral argument in this case? If so, why?**
RECORD OF TRANSCRIPT SHOULD SPEAK FOR ITSELF. PETITIONER ALSO REQUESTS THIS COURT APPOINT COUNSEL TO HIM TO PURSUE THIS ACTION

052708
Date

[signature]
Signature

070699-emailtocaptklrkk2.txt

Subj: Re: coming
Date: 7/6/99 12:31:45 PM Central Daylight Time
From: DanaLyn14
To: CaptKlRKk

i had to tell you that you were right on the phone i'm really 19. but you still have to come here if you want that stuff about wunderlick ok?
Dana

5

IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

SEP 12 2 55 PM '00

DISTRICT COURT
FILED
SEP 1 2 2000
SALLY HOWE SMITH, COURT CLERK
STATE OF OKLA. TULSA COUNTY

| | |
|---|---|
| State Of Oklahoma,<br>-vs-<br><br>**Joseph Albert Ellsworth**<br><br>SS.# 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<br>DOB 7-31-56 | Case No. **CF-99-3354**<br>Count No. **1** |

## JUDGMENT AND SENTENCE
**All Time In Custody**
**Felony**

Now, this 29th day of August, 2000 this matter comes on before the Court for sentencing and the defendant appears personally and by his or her Attorney of record, Public Defender Ron Wallace, and the State of Oklahoma is represented by Sharon Ashe, and the Court Reporter, Gary Woodson is present.

The defendant has entered a plea of **Guilty** and is found guilty by the Court of the crime of **Attempt To Distribute Or Exhibit Obscene Material.**

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED by the Court that the defendant, is guilty of the stated offense and is sentenced to **Fifteen (15)** years all under the custody and control of the **Department of Corrections to run Concurrent with Federal case 99-CR-95.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED BY THE COURT that in addition to the preceding terms, and the general miscellaneous costs of this action, the defendant is also sentenced to: a fine in the amount of **$500.00**; Victim's Compensation Assessment in the amount of **$250.00**; Pre-Sentence Investigation Fee in the amount of **$250.00**. Although additional costs may accrue after the issuance of this order, currently, **the total cost assessed against the defendant in this case (all counts) is $2,147.50. Defendant to receive credit for time served**

IT IS FURTHER ORDERED BY THIS COURT THAT JUDGMENT IS HEREBY ENTERED against the defendant for all costs, fees, fines, and

OKLAHOMA DEPARTMENT OF CORRECTIONS

# CERTIFICATE OF RELEASE

THIS IS TO VERIFY THAT Joseph A. Ellsworth , DOC # 381854

WAS RELEASED FROM CONFINEMENT AT JESS DUNN CORRECTIONAL CENTER

ON THE 1st DAY OF, February 2008, AS A RESULT OF:

xxx US MARSHALL DETAINER

____ DISCHARGE, SENTENCE COMPLETED ____ PAROLE

____ DISCHARGE, COMMUTATION ____ DISCHARGE TO PROBATION SUPERVISION

____ DISCHARGE, COURT ORDERED ____ APPEAL BOND/REVERSED AND REMANDED

Furthermore, that all-applicable credit have been applied in conformity with statutes of the state of Oklahoma and established procedures of the Oklahoma Department of Corrections pursuant to case(s): CRF99-3354 Ct. 1, 2, 3 Tulsa Co.

xxx Your field file reveals no required period of supervision with the Oklahoma Department of Corrections.

____ Documentation in you field file reveals that you are under a term of (supervised) (unsupervised) Probation pursuant to case(s) ____ until ____ .You are required to report for supervision within 72 hours (three days) to: ____

SIGNED THIS 1st DAY OF February , 2008.

Facility Head/District Supervisor/Designee

Witness

I HEREBY ACKNOWLEDGE RECEIPT:

Inmate's Name and DOC # 381854

Inmate's Forwarding Address:

15 Bristol Lane, Hadley, Massachusetts 01035

Street City State Zip

Phone: (413) 584-8429

DOC 060211N (0195)

# FORM D

# PROOF OF SERVICE

## BY A PERSON
## IN STATE CUSTODY

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, JOSEPH A. ELLSWORTH 08557062, declare:

I am over 18 years of age and a party to this action. I am a resident of VICTORVILLE FCI Prison,

in the county of VICTORVILLE SAN BERNADINO,

State of California. My prison address is: POB 5700 VICTORVILLE FCI, ADELANTO, CA 92301.

On 053008 (DATE),

I served the attached: WRIT OF HABEAS CORPUS 28 U.S.C. § 2255 2241 (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

S.A. HOLENCIK WARDEN
VICTORVILLE FCI
POB 5300
ADELANTO, CA 92301

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 053008 (DATE)

[signature] (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97) ::ODMA\PCDOCS\WORDPERFECT\22832\1

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Joseph A. Ellsworth**

**DEFENDANTS**

**Holencik, et al**

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Bernardino
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

**Joseph A. Ellsworth**
**PO Box 5700**
**Adelanto, CA 92301**
**08557-062**

ATTORNEYS (IF KNOWN)

**'08 CV 1006 IEG AJB**

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☑ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 USC 2241**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectmant
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**TORTS**

**PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☑ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prisoner Conditions

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☐ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 6/3/2008 ~~SIGNATURE OF ATTORNEY OF RECORD~~ R.Mullen

CR