CM-ECFMail_OKND@oknd.uscourts.gov
06/27/2008 07:44 AM

To InterdistrictTransfer_CASD@casd.uscourts.gov
cc
bcc
Subject Transferred case has been opened

CASE: 3:08-cv-01006

DETAILS: Case transferred from California Southern
has been opened in U.S. District Court for the Northern District of Oklahoma
as case 4:08-cv-00375, filed 06/26/2008.