**Form 5. Notice of Appeal to a Court of Appeals from a Judgment or Order of a District Court ~~or a Bankruptcy Appellate Panel~~**

United States District Court for the Southern District of California

FILED
JUL 14 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AKR DEPUTY

In re )

~~Debtor~~

Joseph A Ellsworth
Plaintiff ) File No. 08 CV-1006-IEG-AJB

v.

U.S.A. - US Attorney
Defendant

Notice of Appeal to United States Court of Appeals for the 9th Circuit

J. Ellsworth, the plaintiff [or defendant or other party] appeals to the United States Court of Appeals for the 9th Circuit from the final judgment [or order or decree] of the district court for the district of Southern California [~~or bankrupt~~cy appellate panel or the ______ circuit], entered in this case on 06 26, 2008 [here describe the judgment, order, or decree] Transferred to Northern Dist of Oklahoma

The parties to the judgment [or order or decree] appealed from and the names and addresses of their respective attorneys are as follows:

Dated 071008

Signed [signature] Joseph A Ellsworth
Attorney for Appellant 08557 062

Address: Victorville II POB 5700
Adelanto, CA 92301

(As added Apr. 25, 1989, eff. Dec. 1, 1989; Apr 1, 1993, eff. Dec. 1, 1993.)

Please notice - Ellsworth received notice of transfer on this date July 10, 2008 by prison mail verified by Federal Prison mailroom, therefore this notice is NOT late

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH A. ELLSWORTH,<br>Petitioner,<br>vs.<br>S.A. HOLENCIK, WARDEN, and UNITED STATES OF AMERICA,<br>Respondents. | CASE NO. 08cv1006 IEG (AJB)<br>**ORDER TRANSFERRING CASE TO NORTHERN DISTRICT OF OKLAHOMA** |

Petitioner Joseph A. Ellsworth has filed a petition for writ of habeas corpus under 28 U.S.C. §§ 2255 and 2241. As petitioner was not convicted in the Southern District of California and is not incarcerated in this district, this Court is not the appropriate venue for such a petition.

Under 28 U.S.C. § 2255, a motion to vacate, correct, or set aside sentence must be brought in the sentencing court. 28 U.S.C. § 2255(a) & (e); Harrison v. Ollison, 519 F.3d 952, 956 (9th Cir. 2008). Petitioner was convicted and sentenced in the Northern District of Oklahoma in case number 99-cr-95 HCR. (Petition at 1.) A motion brought under 28 U.S.C. § 2241, which attacks the manner or conditions of the sentence's execution, is properly brought in the custodial court.[1] Harrison, 519 F.3d at 956. In this case, the custodial court is the Central District of California, whose territorial

[1]A petition attacking the validity of a sentence may also be brought under Section 2241 under the "escape hatch" of Section 2255(e) if that section provides an "inadequate or ineffective" remedy. Petitioner makes no argument and raises no facts suggesting his petition implicates this exception. See 28 U.S.C. § 2255(e); Harrison, 519 F.3d at 959.

Case 3:08-cv-01006-IEG-AJB Document 3-2 Filed 06/26/2008 Page 2 of 2

jurisdiction includes the Federal Correctional Institution Victorville in Adelanto, California, where petitioner is currently incarcerated. (Petition at 1.)

Accordingly, the Court must review the petition to determine whether is it properly characterized as a petition under Section 2255 or 2241. The petition asserts several grounds for vacating petitioner's conviction. Petitioner alleges he is factually innocent of the crime, that his guilty plea was coerced through torture, that the prosecution committed misconduct, that he received ineffective assistance of counsel, and that his federal sentence was mistakenly imposed consecutively to his state sentence. (Petition at 3-9.) These grounds do not pertain to the "manner, location, or conditions of a sentence's execution," but rather the allegations relate to grounds for vacating or setting aside a sentence. Accordingly, the petition is properly characterized as arising under 28 U.S.C. § 2255 and thus venue is proper in the Northern District of Oklahoma.

For the foregoing reasons, the Court hereby ORDERS this case transferred to the Northern District of Oklahoma pursuant to 28 U.S.C. § 1406(a) (authorizing district courts to transfer cases to district which is the proper venue).

**DATED: June 26, 2008**

**IRMA E. GONZALEZ, Chief Judge**
**United States District Court**

JOSEPH A. ELLSWORTH
PLAINTIFF/PETITIONER/MOVANT'S NAME

PRISON NUMBER 08557.062

PLACE OF CONFINEMENT VICTORVILLE II FCI

ADDRESS
POB 5700
ADELANTO, CA 92301

FILED
JUN - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# United States District Court
## Southern District Of California

JOSEPH A. ELLSWORTH,
Plaintiff/Petitioner/Movant

v.

U.S. ATTORNEY,
Defendant/Respondent

Civil No. '08 CV 1006 IEG AJB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED <u>IN FORMA PAUPERIS</u>**

I, JOSEPH A. ELLSWORTH
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☑ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration VICTORVILLE, CA
   Are you employed at the institution? ☐ Yes ☑ No
   Do you receive any payment from the institution? ☐ Yes ☑ No (Stu)
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☑ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   JUNE 1999 - $1000/MONTH ?
   CONSOLIDATED - DENVER, COLORADO (DON'T RECALL STREET)

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends ☐ Yes ☑ No
   c. Pensions, annuities or life insurance ☐ Yes ☑ No
   d. Disability or workers compensation ☐ Yes ☑ No
   e. Social Security, disability or other welfare ☐ Yes ☑ No
   e. Gifts or inheritances ☐ Yes ☑ No
   f. Spousal or child support ☐ Yes ☑ No
   g. Any other sources ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): __________
   b. Present balance in account(s): __________

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make: Year: Model:
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☑ No
If "Yes" describe the property and state its value.

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. None

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):
None

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): None

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses.
IN CUSTODY — HAVE NO DAY-TO-DAY EXPENSES

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

DATE
052208

[signature]
SIGNATURE OF APPLICANT

Case 3:08-cv-01006-IEG-AJB Document 2 Filed 06/03/2008 Page 4 of 7

If you are a prisoner you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

**PRISON CERTIFICATE**
**(Incarcerated applicants only)**
**(To be completed by the institution of incarceration)**

I certify that the applicant JOSEPH A. ELLSWORTH
(NAME OF INMATE)

08557 062
(INMATE'S CDC NUMBER)

has the sum of $ 3.22 on account to his/her credit at

FCI I Victorville, CA.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ______

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $ 84.01,

and the ***average monthly deposits*** to the applicant's account was $ 46.00.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

5/21/08
DATE

R. Bacon UNIT MGR.
SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

RANDY BACON
OFFICER'S FULL NAME (PRINTED)

UNIT MANAGER
OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, Joseph A Ellsworth 08557062, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $150 (civil complaint) or ☑ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

DATE: 052708

[signature]
SIGNATURE OF PRISONER

Page 1 of 2

# Inmate Inquiry

PRINT

| | | | |
|---|---|---|---|
| **Inmate Reg #:** | 08557062 | **Current Institution:** | Victorville FCI |
| **Inmate Name:** | ELLSWORTH, JOSEPH | **Housing Unit:** | VIM-Z-M |
| **Report Date:** | 05/02/2008 | **Living Quarters:** | Z02-145LAD |
| **Report Time:** | 9:07:02 AM | | |

General Information | Account Balances | Commissary History | Commissary Restrictions | Comments

## General Information

| | |
|---|---|
| Administrative Hold Indicator: | No |
| No Power of Attorney: | No |
| Never Waive NSF Fee: | No |
| Max Allowed Deduction %: | 100 |
| PIN: | 8912 |
| PAC #: | 096855820 |
| FRP Participation Status: | Completed |
| Arrived From: | OKL |
| Transferred To: | |
| Account Creation Date: | 2/4/2008 |
| Local Account Activation Date: | 3/5/2008 3:58:09 AM |
| Sort Codes: | |
| Last Account Update: | 4/29/2008 12:49:53 PM |
| Account Status: | Active |
| Phone Balance: | $0.00 |

**FRP Plan Information**

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

## Account Balances

| | |
|---|---|
| Account Balance: | $3.22 |
| Pre-Release Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $3.22 |
| National 6 Months Deposits: | $278.82 |
| National 6 Months Withdrawals: | $275.60 |
| National 6 Months Avg Daily Balance: | $84.01 |
| Local Max. Balance - Prev. 30 Days: | $90.77 |
| Average Balance - Prev. 30 Days: | $46.81 |

## Commissary History

### Purchases

Validation Period Purchases: $15.15
YTD Purchases: $275.60
Last Sales Date: 4/29/2008 12:49:53 PM

### SPO Information

SPO's this Month: 0
SPO $ this Quarter: $0.00

### Spending Limit Info

Spending Limit Override: No
Weekly Revalidation: No
Bi-Weekly Revalidation: No
Spending Limit: $290.00
Expended Spending Limit: $14.00
Remaining Spending Limit: $276.00

## Commissary Restrictions

### Spending Limit Restrictions

Restricted Spending Limit: $0.00
Restricted Expended Amount: $0.00
Restricted Remaining Spending Limit: $0.00
Restriction Start Date: N/A
Restriction End Date: N/A

### Item Restrictions

| List Name | List Type | Start Date | End Date | Active |
|---|---|---|---|---|

## Comments

**Comments:**

# Notice of Appeal Notification Form

**To:** Clerk, U.S. Court of Appeals **Date:** 07/16/08
**From:** U.S. District Court, Southern District of California
**Subject:** New Appeals Case Information & Docket Fee Notification

## Case Information

Case Title: Joseph A. Ellsworth v. S.A. Holencik, Warden, and United States of America

U.S.D.C. No.: 08cv1006 IEG (AJB) U.S.D.C. Judge: Irma E. Gonzalez

Complaint/Indictment/Petition Filed: Petition

Appealed Order Entered: 06/26/08

Notice of Appeal Filed: 07/14/08

Court Reporter: n/a

COA Status: [ ] Granted in full/part (appeal only) [ ] Denied (send clerk's file)

## Docket Fee Notification

Docket Fee: [ ] Paid [x] Not Paid [ ] No Fee Required

USA/GOVT. APPEAL: [ ] Yes [x] No

Date F/P granted (Show Date and Attach Copy of Order): ________________

Was F/P Status Revoked? [ ] Yes [ ] No

Companion Case(s): (Please list consolidated cases, if applicable) ________________

## Counsel Information

**Appellant Counsel:**

Joseph A. Ellsworth

08557-062
FCI Victorville II
P.O. Box 5700
Adelanto, CA 92301

**Appellee Counsel:**

United States Attorney

US Attorneys Office Southern District of CA
Civil Division
880 Front Street, Suite 6253
San Diego, CA 92101

619-557-5662

Counsel Status: [ ] Retained [ ] Appointed [x] Pro Se

Appointed by: ________________
(Attach copy of order/minutes)

## Defendant Information

Prisoner ID Number: 08557-062
Bail: ____________
Custody: x

## SERVICE LIST

**Counsel for Appellant(s) and Appellee(s), as listed on the previous page, have been sent copies of the following items:**

| | |
|---|---|
| x | Transmittal of U.S.C.A. (Appellant and Appellee) |
| x | Case Information/Docketing Fee Notification Form. (Appellant Only) |
| x | Notice of Appeal. (Appellant, Appellee, U.S. District Judge, USPO, and Court Reporter) |
| x | Docket Entries (Appellant and Appellee) |
| x | Designation of Reporter's Transcript and Ordering Form. (Appellant Only, mailed separately) |
| | Order for Time Schedule. (Criminal Only) (Appellant, Appellee, and Court Reporter) |
| | Magistrate Judge's Report and Recommendation |
| | COA Order |
| | F/P Order |
| | Minute Order |
| x | Other: Order Transferring Case to Northern District of Oklahoma entered 06/26/08, Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed In Forma Pauperis filed 06/03/08 (no ruling upon this motion) |

Form Completed And Documents Served By U.S. District Court Deputy Clerk:

Angela Rowland — A. Rowland

Deputy's Name — Deputy's Signature

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To: Clerk, U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939

**Re: USCA No:**
**USDC No: 08cv1006 IEG (AJB)**
**Ellsworth v. Holencik et al**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | | | | | |
|---|---|---|---|---|---|
| x | Copy of the Notice of Appeal | | x | Docket Entries | |
| x | Case Information/Docket Fee Payment Notification Form | | | | |
| | Order for Time Schedule (Criminal) | | | | |
| | Original Clerk's Record in | | set(s) of | | volume(s). |
| | Reporter's transcript's transcripts in | | set(s) of | | volume(s). |
| | Exhibits in \| \| envelope(s) | | box(es) | | folders(s) |
| | Judgement Order | | | F/P Order | |
| | CJA Form 20 | | | Minute Order | |
| | Certificate of Record | | | Mandate Return | |
| | Magistrate Judge's Report and Recommendation | | | | |
| | COA Order | | | | |
| | Amended docket fee notification form | | | | |
| | Order Appointing Counsel for Appeal | | | | |
| x | Order Transferring Case, entered 06/26/08; IFP Motion filed 06/03/08 (no USDC ruling) | | | | |
| x | Please acknowledge on the enclosed copy of this transmittal | | | | |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

Date: 07/16/08

By: A Rowland
Angela Rowland, **Deputy**