FILED
AUG 13 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY AKR DEPUTY

FILED
AUG 13 2008
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSEPH A. ELLSWORTH,<br><br>Petitioner - Appellant,<br><br>v.<br><br>S. A. HOLENCIK, Warden; et al.,<br><br>Respondents - Appellees. | No. 08-56179<br><br>D.C. No. 3:08-cv-01006-IEG-AJB<br>Southern District of California,<br>San Diego<br><br>ORDER |

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

A review of the record demonstrates that this court lacks jurisdiction over this appeal because the order challenged in the appeal is not final or appealable. *See* 28 U.S.C. § 1291; *Nascimento v. Dummer*, 508 F.3d 905, 908 (9th Cir. 2007) (transfer order is not directly appealable). Consequently, this appeal is dismissed for lack of jurisdiction.

MF/Pro Se